**Bankruptcy Law Office**
**2425 South Linden Road, Suite C**
**Flint, Michigan 48532**
**Telephone: (810) 720-4333**
**Facsimile: (810) 720-4087**

July 16, 2013

Clerk of the Court
U.S. Bankruptcy Court
226 W. Second St.
Flint, Mi 48502

RE: Ford, Ryan Allen and Kristie Rose
Case No.: 10-34464

Dear Clerk:

Kindly be advised that the above-referenced Debtor has moved. The new address is:

**Ryan Allen and Kristie Rose Ford**
**8152 Vanadia**
**Mount Morris, MI 48458**

If you have any questions, please contact our office.

Sincerely,

Bankruptcy Law Office



George E. Jacobs

GEJ/MP

cc: Carl L. Bekofske, Chapter 13 Trustee

    Signature /s/ Richard T. Ponsetto, Jr.
    Richard T Ponsetto., Jr. P38905
    Name of Attorney
    2425 S. Linden Rd.   Ste. C
    Flint, Mi 48532
    810-720-4333
    ConsumerDebtLaw@Yahoo.com

    Signature /s/ George E. Jacobs
    George E. Jacobs P36888
    Name of Attorney
    2425 S. Linden Rd.   Ste. C
    Flint, Mi 48532
    810-720-4333